UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

JUAN CRENA,

      Plaintiff,

vs.

NAVITELIA INDUSTRIES, INC.,
d/b/a OXYBREATH PRO, and
d/b/a DRESIDE,

      Defendant.
_____/

Case No. 1:20-cv-22744-FAM

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Juan Crena, by and through undersigned counsel, hereby gives notice of his voluntary dismissal of this case with prejudice.

Defendant Navitelia Industries, Inc. has not answered or moved for summary judgment.

Dated: July 13, 2020

      Respectfully submitted,

Eduardo A. Maura, Esq.
Luis F. Quesada Machado, Esq.
*Attorneys for Plaintiff*
**Ayala Law, P.A.**
1390 Brickell Ave, Ste 335
Miami, FL 33131
Telephone: 305-570-2208
Email: eayala@ayalalawpa.com

By: */s/ Eduardo A. Maura*
    Eduardo A. Maura
    Florida Bar No. 91303

## **PROOF OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by email on July 13, 2020 on all counsel or parties of record.

                                           By: */s/ Eduardo A. Maura*
                                                     Eduardo A. Maura
                                                     Florida Bar No. 91303