UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **20-22744-CIV-MORENO**

JUAN CRENA,

       Plaintiff,

vs.

NAVITELIA INDUSTRIES, INC.,

       Defendant.

_____/

**FINAL ORDER OF DISMISSAL AND ORDER
DENYING ALL PENDING MOTIONS AS MOOT**

THIS CAUSE came before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice (**D.E. 4**), filed on **July 13, 2020**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Further, all pending motions are DENIED as MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 16th of July 2020.

*Federico A. Moreno*

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record